IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cr-20397-JPM-dkv |
| | ) | |
| MICHAEL RAYMOND THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER DENYING
DEFENDANT'S MOTION TO STRIKE DNA SAMPLES OBTAINED FROM DEFENDANT**
_____

Pending before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo, submitted October 13, 2011 (Docket Entry ("D.E.") 416), recommending denial of Defendant's Mpption to Strike DNA Samples (D.E. 105). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety, and DENIES Plaintiff's Motion to Strike DNA Samples.

So ORDERED this 31st day of October, 2011.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE